ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Thalle Construction Company | ) ASBCA No. 63179 |
| | ) |
| Under Contract No. W912EP-15-C-0002 | ) |

APPEARANCES FOR THE APPELLANT:     Lochlin B. Samples, Esq.
                                   Karl Dix, Jr., Esq.
                                   Alexander S. Hoppestad, Esq.
                                     Smith, Currie & Hancock LLP
                                     Atlanta, GA

                                   Alexander Gorelik, Esq.
                                     Smith, Currie & Hancock LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Kristin M. Bigham, Esq.
                                   Susan E. Symanski, Esq.
                                   James M. Zaleski, Esq.
                                   Bruce E. Groover, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Jacksonville

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 3, 2023

_____
LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63179, Appeal of Thalle Construction Company, rendered in conformance with the Board's Charter.

Dated:  March 3, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals